UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **SONYA VILLARREAL,**<br><br>    Plaintiff,<br><br>v.<br><br>**CREDIT CONTROL, LLC *ET AL.*,**<br><br>    Defendants. | Case No.: 1:23-cv-01013-RP |

### STIPULATION OF DISMISSAL AS TO CREDIT CONTROL, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sonya Villarreal and Defendant Credit Control, LLC, by and through their respective counsel of record, hereby stipulate to a dismissal with prejudice as to Credit Control, LLC only.

Dated: February 20, 2024

Respectfully submitted,

By: */s/ Joel Halverson*
Joel Halverson
Halverson Klote
680 Craig Road, Suite 104
St. Louis, Missouri 63141
T: (314) 451-1314
E: joel@hklawstl.com
*Attorney for Plaintiff*

By: */s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*Attorney for Defendant Credit Control, LLC*

### CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this **22nd** day of **February, 2024**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

               */s/: Joel Halverson, Esq*
               Joel Halverson, Esq.