UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **SONYA VILLARREAL,**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**CREDIT CONTROL, LLC *ET AL*.,**<br><br>                              **Defendants.** | Case No.: 1:23-cv-01013-RP |

### STIPULATION OF DISMISSAL AS TO OLIPHANT FINANCIAL, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sonya Villarreal and Defendant Oliphant Financial, LLC, by and through their respective counsel of record, hereby stipulate to a dismissal with prejudice as to Oliphant Financial, LLC. Each party to bear its own costs.

Dated: March 22, 2024

Respectfully submitted,

By: *s/ David M. Barshay*
David M. Barshay, Esquire
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Fax: (516) 706-5055
*Attorneys for Plaintiff*

By: *s/ Xerxes Martin*
Eugene Xerxes Martin, IV
Martin Golden Lyons Watts Morgan PLLC
8750 N. Central Expressway
Suite 1850
Dallas, Texas 75231
T: (214) 346-2630
E: xmartin@mgl.law
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **22th** day of **March, 2024**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/: David M. Barshay, Esq*
David M. Barshay, Esq.