IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SONYA VILLARREAL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1013-RP |
| CREDIT CONTROL, LLC and OLIPHANT FINANCIAL, LLC, | § § § § | |
| Defendants. | § § | |

**ORDER**

On March 22, 2024, Plaintiff Sonya Villarreal ("Plaintiff") and Defendant Oliphant Financial, LLC ("Oliphant") dismissed with prejudice all claims asserted by Plaintiff against Oliphant in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 33). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, **IT IS ORDERED** that Oliphant is **TERMINATED** as a party in this case.

As nothing remains to resolve, **IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on March 25, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1